Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of the Claim of WALTER DANIUL, Respondent, v. ALLIED CHEMICAL CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

MID-CITY SHOPPING CENTER, INC., et al., Appellants, v. CONSOLIDATED MUTUAL INSURANCE COMPANY, Respondent.—

Herlihy, P. J., Reynolds, Greenblott and Sweeney, JJ., concur; Staley, Jr., J., not voting. [58 Misc 2d 997.]